SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
333 WEST SAN CARLOS STREET
SUITE 1625
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor,

UNITED STATES BANKRUPTCY COURT
NORTHEN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

In Re:

**DEAN GREGORY ASIMOS**,

Debtor.

Case No. 10-13224

Chapter 13

**DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS & CHAPTER 13 PLAN**

**DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS & CHAPTER 13 PLAN**

Debtor hereby moves this court for an extension of time to file Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Statistical Summary; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of

Individual; Schedule J- Statement of Intention - Current Expenditures; Means Test – Form B22; and Proposed Chapter 13 Plan. The case was originally filed on <u>August 23, 2010</u>.

The debtor makes this motion pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) which provides that an extension of time for filing schedules and statements may be granted on motion for cause shown and on notice to the United States Trustee and committee elected pursuant to Section 705 or appointed pursuant to Section 1102 of the Code, trustee, examiner, or other party as the court may direct.

Debtor seeks a thirty (30) day extension of time for the reason additional time is needed to gather documents required to complete the balance of schedules, specifically form B22.

Notice of this motion has been given to the United States Trustee.

**WHEREFORE**, Debtor moves this Court to enter an order granting a thirty (30) day extension of time for the filing of the balance of Debtor's documents needed to complete the Petition as set forth above.

                                            **SAGARIA LAW, P.C.**

Dated: September 7, 2010                  /s/ *Scott J. Sagaria*
                                                    SCOTT J. SAGARIA
                                                    Attorney for Debtors