```
 1  Michael D. Vanlochem, SBN 110068
    VANLOCHEM & ASSOCIATES LLP
 2  6565 Sunset Blvd., Suite 422
    Hollywood, CA 90028
 3  Tel. (323)993-0500
    Fax (323)993-0501
 4  Attorneys for Movant, DCFS USA LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In the matter of<br><br>DEAN GREGORY ASIMOS,<br><br>Debtor. | CASE NO. 10-13224<br><br>R.S. NO.: VC - 1<br><br>CHAPTER 13 |
| DCFS USA LLC<br><br>Plaintiff,<br><br>vs.<br><br>DEAN GREGORY ASIMOS, Debtor(s),<br>DAVID BURCHARD, CHAPTER 13<br>Trustee,<br><br>Respondents. | NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (11 U.S.C. § 362)<br><br>DATE: November 15, 2010<br>TIME: 1:30 p.m. |

TO DEBTOR DEAN GREGORY ASIMOS, THE CHAPTER 13 TRUSTEE DAVID BURCHARD, ALL OTHER INTERESTED PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 15, 2010 at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom of the above-entitled court located at 99 South E Street, Santa Rosa, CA 95404, a hearing will be held concerning the Motion for Relief from the Automatic Stay filed by Movant, DCFS USA LLC, with respect to that

-1-
NOTICE OF HEARING

certain 2006 MERCEDES S430V motor vehicle, Vehicle Identification No. WDBNG70J66A465211.

PLEASE TAKE FURTHER NOTICE that unless otherwise specifically ordered by the Court, respondents must appear at the hearing in person, or by counsel, and that any failure to appear may result in the motion being granted without further proceedings.

DATED: September 3, 2010        VANLOCHEM & ASSOCIATES LLP

BY: _____
Michael D. Vanlochem, Attorneys for
Movant DCFS USA LLC