SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 056671)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>**DEAN GREGORY ASIMOS**,<br><br>Debtor. | Case No.: 10-13224-AJ<br>R.S. No.: VC-1<br><br>Chapter 13<br><br>**DEBTOR'S NON-OPPOSITION TO DCFS USA, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:    November 15, 2010<br>Time:   1:30 PM<br>Room:<br>Place:   99 South "E" Street<br>             Santa Rosa, CA 95404 |

Debtor, DEAN GREGORY ASIMOS, by and through their Attorney of Record, SCOTT J. SAGARIA, hereby submits his Statement of Non-Opposition to DCFS USA, LLC's Motion for Relief from the Automatic Stay.

Dated: October 1, 2010                          /s/ *Scott J. Sagaria*
                                                    Scott J. Sagaria, Esq.
                                                    Attorney for Debtors