

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
99 SOUTH E STREET
SANTA ROSA, CA 95404
(707) 547-5900

**FILED**

OCT - 8 2010

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

In re

DEAN Gregory ASIMOS

Case No.: 10-13224
Chapter: 13

_____ Debtor(s) /

## NOTICE OF PAYMENT OF SANCTIONS

Please take notice that on  OCT - 8 2010 , Joseph Arnholo ,

paid to the Clerk of Court a sanction in the amount of $ 300.00 , receipt# 10025142

Dated: OCT - 8 2010

Received by: _____
Deputy Court Clerk

```
Case # : 10-13224-AJFI
Debtor.: DEAN GREGORY ASIMOS
Judge..: ALAN JAROSLOVSKY
Trustee: DAVID BURCHARD
Chapter: FI
-------------------------------
Filed  : October 08, 2010  11:24:16
Deputy : KAI
Receipt: 10025142
Amount : $300.00
-------------------------------
```